8 MAP 2016

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MALT BEVERAGE DISTRIBUTORS ASSOCIATION, GABLER'S BEVERAGE DISTRIBUTOR, INC. AND PKD, INC.,

        Petitioners

        v.

PENNSYLVANIA LIQUOR CONTROL BOARD,

        Respondent

OHIO SPRINGS, INC. AND SHEETZ,

        Intervenors

:  No. 648 MAL 2015

:  Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2016, the Petition for Permission to Substitute Answer to Petition for Allowance of Appeal of Intervener is **GRANTED**. Furthermore, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)    Can a single store sell both gasoline and beer without violating the Liquor Code?

(2)    Section 404 of the Liquor Code, 47 P.S. §4-404, prohibits the transfer of a liquor license to a "location" where "the sale of liquid fuels or oil is conducted"; what is a location?

(3)     Section 468(a)(3) of the Liquor Code, 47 P.S. §4-468(a)(3), prohibits the transfer of a liquor license to "any place or property upon which is located as a business the sale of liquid fuels and oil"; what is a place or property?

Mr. Justice Eakin did not participate in the consideration or decision of this matter.